UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAMSI KAKARLA,<br><br>                Plaintiff,<br><br>vs.<br><br>ZUORA, INC., TIEN TZUO, JASON PRESSMAN, OMAR ABBOSH, SARAH BOND, LAURA CLAYTON MCDONNELL, KEN GOLDMAN, AMY GUGGENHEIM SHENKAN, TIM HALEY, JOHN D. HARKEY, JR., and JOE OSNOSS, | Case No.: 3:24-cv-08620-TLT<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Vamsi Kakarla ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: February 17, 2025          **BRODSKY & SMITH**

                                  By: *Evan J. Smith*
                                        Evan J. Smith, Esquire (SBN 242352)
                                        esmith@brodskysmith.com
                                        Ryan P. Cardona, Esquire (SBN 302113)
                                        rcardona@brodskysmith.com
                                        9465 Wilshire Blvd., Ste. 300
                                        Beverly Hills, CA 90212
                                        Phone: (877) 534-2590
                                        Facsimile (310) 247-0160

                                        *Attorneys for Plaintiff*